**FILED**
CLERK, U.S. DISTRICT COURT

05/13/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER **8:26-mj-00319-DUTY** |
| PLAINTIFF(S) | 8:26-CR-161 |
| V. | |
| JUSTIN BARRILLEAUX | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment

in the Middle _____ District of Florida _____ on 4-28-26

at 4:31 _____ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about 1-13-25

in violation of Title 21 _____ U.S.C., Section(s) 841(a)(1)

to wit: JUSTIN BARRILLEAUX

A warrant for defendant's arrest was issued by: **Elizabeth Warren, Clerk, United States District Court**

Bond of $ NA _____ was ☐ set / ☐ recommended.

Type of Bond: NA

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 5/12/26 _____
                          Date

_____
Signature of Agent

William Grimmer
Print Name of Agent

DEA
Agency

Special Agent
Title